MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-MC-00003-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $4,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Alexander Shukla ("Shukla"), appearing in *propria persona*, as follows:

1. On or about October 16, 2017, claimant Shukla filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $4,300.00 in U.S. Currency. (hereafter "defendant currency"), which was seized on August 5, 2017.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is January 12, 2018.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 13, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 13, 2018.

Dated: 1/8/2018         MCGREGOR W. SCOTT
                        United States Attorney

                        /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney

Dated: 1/8/2018         /s/ Alexander Shukla
                        ALEXANDER SHUKLA
                        Appearing in *Propria Persona*
                        (As authorized via phone)

### ORDER

The deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to not later than **March 13, 2018**.

IT IS SO ORDERED.

Dated: January 11, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE